IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | White, Evelyn J | Case Number: 07 B 14895 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/19/07 | Filed: 8/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 7, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American Express Travel Relate | Unsecured | 0.00 | 0.00 |
| 2. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 7. | GMAC Auto Financing | Secured | | No Claim Filed |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | City Of Chicago | Priority | | No Claim Filed |
| 10. | New York & Co | Unsecured | | No Claim Filed |
| 11. | Home Depot | Unsecured | | No Claim Filed |
| 12. | United Recovery Services | Unsecured | | No Claim Filed |
| 13. | Beneficial Financial | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** White, Evelyn J | Case Number: 07 B 14895 |
| | Judge: Squires, John H |
| Printed: 12/19/07 | Filed: 8/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

